

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-25-2009

# USA v. William Harris

Precedential or Non-Precedential: Precedential

Docket No. 08-1553

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. William Harris" (2009). *2009 Decisions.* Paper 530.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/530

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 08-1553

———————

UNITED STATES OF AMERICA

v.

WILLIAM OSCAR HARRIS
a/k/a "Oscar El Hari, Bey,"

William Oscar Harris,
                                              Appellant

———————

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. Crim. No. 03-cr-00354-001)
District Judge:  Honorable Jerome B. Simandle

———————

Argued:  June 26, 2009

———————

Before: BARRY, SMITH, Circuit Judges, and DuBOIS,[*] District
Judge

———————

ORDER AMENDING OPINION

———————

_____

[*]  Honorable Jan E. DuBois, Senior Judge, United States
District Court for the Eastern District of Pennsylvania, sitting by
designation.

1

**IT IS HEREBY ORDERED** that the Slip Opinion filed in this case on September 23, 2009, be amended as follows:

On page 4, delete footnote 2 in its entirety and replace, as footnote 2, the following: "When two of Harris's co-conspirators stopped sending out fraudulent documents, the orders of contempt as to them were promptly lifted."

BY THE COURT:


**/s/Maryanne Trump Barry**
CIRCUIT JUDGE

Dated: September 25, 2009